STATE, Plaintiff, vs. LA BARGE, Defendant.

*March 15—April 9, 1940.*

For the plaintiff there was a brief by the *Attorney General, Warren H. Resh,* assistant attorney general, *Edmund H. Drager,* district attorney of Vilas county, and *A. H. Smith,* special assistant attorney general, and oral argument by *Mr. Resh* and *Mr. Smith.*

*Thomas L. St. Germaine* of Lac du Flambeau, for the defendant.

MARTIN, J. It will serve no useful purpose to again discuss the law applicable to the facts set out above. The question here certified must be answered in the affirmative upon the authority of *State v. Morrin* (1908), 136 Wis. 552, 117 N. W. 1006, and *State v. Johnson* (1933), 212 Wis. 301, 249 N. W. 284; also upon the authority of *Ward v. Race Horse,* 163 U. S. 504, 16 Sup. Ct. 1076, 41 L. Ed. 244, and *People ex rel. Kennedy v. Becker,* 241 U. S. 556, 36 Sup. Ct. 705, 60 L. Ed. 1166, and the cases therein cited.

*By the Court.*—The question certified to this court is answered in the affirmative.